UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: )  BK No.: 18-29024
MARY A. ROLFE-SHAW, )
and, )  Chapter: 13
GEORGE SHAW, )
 )  Honorable Pamela S. Hollis
 )
 )  Joliet
Debtor(s) )

### ORDER GRANTING MOTION TO INCUR DEBT

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) The Debtors' Motion to Incur Debt is granted.

2) Debtors may finance a 2016 Toyota Rav4 for 22.99% APR at $647.62 per month for 66 months.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  August 02, 2019

**Prepared by:**

Michael R. Colter, II, A.R.D.C. #6304675
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100